May 15, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

ZAYTOON ZEEBA PAKSIMA, Appellant

NO. 14-12-00185-CV                    V.

ELBAR INVESTMENTS, INC., Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 31, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by ZAYTOON ZEEBA PAKSIMA.

We further order this decision certified below for observance.